Bob L. Olson, Esq.
Nevada Bar No. 3783
Charles E. Gianelloni, Esq.
Nevada Bar No. 12747
V.R. Bohman, Esq.
Nevada Bar No. 13075
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV  89169
Telephone:  (702) 784-5200
Facsimile:  (702) 784-5252
Email:  bolson@swlaw.com
           cgianelloni@swlaw.com
           vbohman@swlaw.com

*Attorneys for Defendant*
*Experian Information Solutions, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CHARLOTTE WALSH,<br><br>              Plaintiff,<br><br>v.<br><br>ONE WEST BANK; OCWEN LOAN SERVICING, LLC; ALLY FINANCIAL; EQUIFAX INFORMATION SYSTEMS, LLC; and EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>              Defendants. | Case No. 2:16-cv-00339-GMN-CWH<br><br>**DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S MOTION REQUESTING TELEPHONIC APPEARANCE AT HEARING ON MOTION TO COMPEL** |

### MEMORANDUM OF POINTS AND AUTHORITIES

Defendant EXPERIAN INFORMATION SOLUTIONS, INC. ("Experian") respectfully requests the Court's permission to have V.R. Bohman appear by telephone in lieu of a personal appearance at the November 15, 2016 hearing on Plaintiff's Emergency Sealed Motions to Compel (ECF Nos. 23, 27). To be clear, Experian will have counsel present and in the courtroom to argue the pending motions. However, as V.R. Bohman participated in the meet-and-confer addressed in and prerequisite to the pending motions, and as Mr. Bohman will be out of the state at the time of the hearing, and as Mr. Bohman may be able to provide additional information

helpful to the Court or answer questions posed by the Court, Experian requests the Court grant leave for Mr. Bohman to appear telephonically.

## CONCLUSION

For the foregoing reasons, Experian respectfully requests that this Court grant its request for V.R. Bohman to appear for the hearing via telephone.

DATED this 16 day of October, 2016.

SNELL & WILMER L.L.P.

By: _____
Bob L. Olson, Esq.
Charles E. Gianelloni, Esq.
V.R. Bohman, Esq.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252

*Attorneys for Defendant Experian Information Solutions, Inc.*

IT IS SO ORDERED.

DATED: October 31, 2016

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE

- 2 -

# CERTIFICATE OF SERVICE

I hereby certify that on October 26, 2016, I electronically filed the foregoing **DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S MOTION REQUESTING TELEPHONIC APPEARANCE AT HEARING ON MOTION TO COMPEL** with the Clerk of Court for the U.S. District Court, District of Nevada by using the Court's CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

**Matthew I Knepper**
**Miles N Clark**
Knepper & Clark, LLC
10040 W. Cheyenne Ave. Suite 170-109
Las Vegas, NV 89129
7028256060
Fax: 7024478048
Email: matthew.knepper@knepperclark.com
       miles.clark@knepperclark.com

**David H. Krieger**
Haines & Krieger, LLC
8985 S. Eastern Avenue
Suite 350
Henderson, NV 89123
(702) 880-5554
Fax: (702) 383-5518
Email: dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff Charlotte Walsh*

DATED: October 26, 2016

_____
Employee of Snell & Wilmer L.L.P.

25099620