Andrew M. Cummings
Nevada Bar No. 14505
acummings@jonesday.com
JONES DAY
3161 Michelson Drive, Suite 800
Irvine, CA 92612.4408
Telephone:    (949) 851-3939
Facsimile:    (949) 553-7539

Bob L. Olson, Esq.
Nevada Bar No. 3783
Joshua D. Cools, Esq.
Nevada Bar No. 11941
Charles E. Gianelloni, Esq.
Nevada Bar No. 12747
V.R. Bohman, Esq.
Nevada Bar No. 13075
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway
Las Vegas, NV  89169
Telephone:   (702) 784-5200
Facsimile:    (702) 784-5252
Email:  bolson@swlaw.com
            cgianelloni@swlaw.com
            vbohman@swlaw.com
            jcools@swlaw.com

Attorneys for Defendant
Experian Information Solutions, Inc.
*Attorneys for Defendant*
*Experian Information Solutions, Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CHARLOTTE WALSH,<br><br>Plaintiff,<br><br>v.<br><br>ONE WEST BANK; OCWEN LOAN SERVICING, LLC; ALLY FINANCIAL; EQUIFAX INFORMATION SYSTEMS, LLC; and EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>Defendants. | Case No. 2:16-cv-00339-GMN-CWH<br><br>**STIPULATION AND ORDER TO STRIKE EXHIBITS J AND K TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT** |

Pursuant to the Court's January 5, 2018 order (ECF No. 66), Plaintiff Charlotte Walsh ("Plaintiff") and Experian Information Solutions, Inc. ("Experian") by and through their respective counsel of record, hereby stipulate and request that this Court strike Exhibits J and K filed concurrently with Plaintiff's Motion for Partial Summary Judgment.

1. Plaintiff filed her Motion for Partial Summary Judgment on November 3, 2017, which included Exhibits A-P filed in support thereof. ECF No. 60.

2. Plaintiff concurrently filed a Motion to Seal Certain Exhibits based on the fact that Experian had designated some of the documents included in the exhibits as "Confidential" pursuant to the protective order between the parties. ECF No. 59. The Motion to Seal requested that the Court seal Exhibits J and K to the Motion for Partial Summary Judgment. *Id.*

3. Prior to the response to the motions was due, Plaintiff and Experian settled this matter and a Notice of Settlement was filed on November 20, 2017. ECF No. 63.

4. On January 5, 2018, the Court issued a minute order instructing Experian to file a response to the motion to seal within two weeks, or the Court would deny the Motion to Seal. ECF No. 66.

///
///
///
///
///
///
///
///
///
///
///
///
///

The parties discussed the Court's order and the Motion to Seal and have stipulated to request the Court to strike Exhibits J and K from the docket. This does not include withdrawing the Motion for Partial Summary Judgment from the docket in its entirety, including the other exhibits.

The Court ordered Experian to file a response to the motion to seal. By the foregoing stipulation, the response to the motion to seal is now moot.

Dated this 17th day of January 2018.

/s/ Matthew L. Knepper
Matthew I. Knepper, Esq. (NBN 12796)
Miles N. Clark, Esq. (NBN 13848)
KNEPPER & CLARK LLC
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129

David H. Krieger, Esq. (NBN 9086)
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
*Attorneys for Plaintiff*

/s/ Andrew M. Cummings
Andrew M. Cummings (NBN 14505)
JONES DAY
3161 Michelson Drive, Suite 800
Irvine, CA 92612.4408

Bob L. Olson, Esq. (NBN 3783)
Joshua D. Cools, Esq. (NBN 11941)
Charles E. Gianelloni, Esq. (NBN 12747)
V.R. Bohman, Esq. (NBN 13075)
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway
Las Vegas, NV 89169
*Attorneys for Defendant Experian Information Solutions, Inc.*

**IT IS SO ORDERED**

Dated: January 18, 2018

**ORDER**

_____
UNITED STATES MAGISTRATE JUDGE

**CERTIFICATE OF SERVICE**

Pursuant to Federal Rule of Civil Procedure 5(b), I hereby certify that I am an employee of JONES DAY and that on this 17th day of January, 2018, I caused the document **STIPULATION AND ORDER TO STRIKE EXHIBITS J AND K TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT** to be served through the Court's CM/ECF system addressed to:

| | |
|---|---|
| Matthew I Knepper<br>Miles N Clark<br>Knepper & Clark, LLC<br>10040 W. Cheyenne Ave. Suite 170-109<br>Las Vegas, NV 89129<br>7028256060<br>Fax: 7024478048<br>Email:<br>matthew.knepper@knepperclark.com<br>miles.clark@knepperclark.com<br>*Attorneys for Plaintiff* | Allison R. Schmidt<br>Allison R Schmidt Esq. LLC<br>8465 W. Sahara Ave., Suite 111-504<br>Las Vegas, NV 89117<br>702-387-7222<br>Fax: 702-387-7222<br>Email: allisonschmidtesq@gmail.com<br>*Attorneys for Plaintiff* |
| David H. Krieger<br>Haines & Krieger, LLC<br>8985 S. Eastern Avenue, Suite 350<br>Henderson, NV 89123<br>(702) 880-5554<br>Fax: (702) 383-5518<br>Email: dkrieger@hainesandkrieger.com<br>*Attorneys for Plaintiff* | |

/s/ *John M. Upton*
An Employee of JONES DAY