Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129
Phone: (702) 825-6060
Fax: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
Fax: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CHARLOTTE WALSH, | Case No.: 2:16-cv-00339-GMN-CWH |
| Plaintiff, | |
| vs. | **STIPULATION OF DISMISSAL OF EXPERIAN INFORMATION SOLUTIONS, INC., WITH PREJUDICE** |
| ONE WEST BANK; OCWEN LOAN SERVICING, LLC; ALLY FINANCIAL; EQUIFAX INFORMATION SYSTEMS, LLC; AND EXPERIAN INFORMATION SOLUTIONS, INC., | |
| Defendants. | |

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties have stipulated to the dismissal of Defendant Experian Information Solutions, Inc., from the above captioned action, with prejudice. Each party will bear its own fees and costs.

Stipulation of Dismissal of Experian Information Solutions, Inc., With Prejudice - 1

-IT IS SO STIPULATED.

Dated this 22nd day of January, 2018.

| | |
|---|---|
| /s/ *Matthew I. Knepper*<br>Matthew I. Knepper, Esq.<br>Nevada Bar No. 12796<br>Miles N. Clark, Esq.<br>Nevada Bar No. 13848<br>KNEPPER & CLARK LLC<br>Email: matthew.knepper@knepperclark.com<br>Email: miles.clark@knepperclark.com<br><br>David H. Krieger, Esq.<br>Nevada Bar No. 9086<br>HAINES & KRIEGER, LLC<br>Email: dkrieger@hainesandkrieger.com<br><br>*Counsel for Plaintiff* | /s/ *Andrew M. Cummings*<br>Andrew M. Cummings, Esq.<br>Nevada Bar No. 14505<br>acummings@jonesday.com<br>JONES DAY<br>3161 Michelson Drive, Suite 800<br>Irvine, CA 92612.4408<br><br>Bob L. Olson, Esq.<br>Nevada Bar No. 3783<br>Joshua D. Cools, Esq.<br>Nevada Bar No. 11941<br>Charles E. Gianelloni, Esq.<br>Nevada Bar No. 12747<br>V.R. Bohman, Esq.<br>Nevada Bar No. 13075<br>SNELL & WILMER L.L.P.<br>3883 Howard Hughes Parkway, Ste 1100<br>Las Vegas, NV 89169<br>Email: bolson@swlaw.com<br>Email: cgianelloni@swlaw.com<br>Email: vbohman@swlaw.com<br>Email: jcools@swlaw.com<br><br>*Counsel for Defendant*<br>*Experian Information Solutions, Inc.* |

## **ORDER**

**IT IS SO ORDERED** that the parties have stipulated to the dismissal of Defendant Experian Information Solutions, Inc.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT JUDGE

DATED this  29  day of January, 2018.

Stipulation of Dismissal of Experian Information Solutions, Inc., With Prejudice - 2